BROAD AND CENTRAL, INCORPORATED, RESPONDENT, v. ELIZABETH FRENCH, APPELLANT.

Submitted October 25, 1935—Decided January 31, 1936.

For the respondent, *Augustus C. Nash.*

For the appellant, *Alan Bruce Conlin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ. 10.

*For reversal*—None.